UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  **CV 18-00821 AFM**                                       Date:  **October 17, 2018**

Title  **Margaret Cullen v. Wal-Mart Stores, Inc., et al.**

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order Dismissing Action**

    As requested by the Joint Stipulation for Dismissal (ECF No. 16), this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    All pending hearings and motions are taken off calendar and vacated.

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | ib |